UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

THOMAS AYODELE PETITIONER

V. CIVIL ACTION NO. 3:25-CV-981-DPJ-ASH

WARDEN, FCC YAZOO CITY LOW II RESPONDENT

ORDER

Petitioner Thomas Ayodele, proceeding pro se, filed this habeas petition under 28 U.S.C. § 2241. *See* Pet. [4]. He challenges the Bureau of Prisons' (BOP) calculation of sentencing credits under the First Step Act (FSA). *Id.* at 1–2.

On October 2, 2026, United States Magistrate Judge Andrew S. Harris entered a Report and Recommendation [12]. Judge Harris recommends that the Court dismiss the petition without prejudice, or, in the alternative, to deny it on the merits. R&R [12] at 1. First, Judge Harris explains that Ayodele never started the BOP's administrative-remedy process for the alleged miscalculation of his credits, and thus Ayodele failed to properly exhaust his administrative remedies. *See id.* at 3–4; *Castano v. Everhart*, 235 F. App'x 206, 207 (5th Cir. 2007); 28 C.F.R. §§ 542.10, 542.13, 542.14(a). Additionally, Ayodele failed to show that he should be excused from the exhaustion requirement. R&R [12] at 4–5; *Overshown v. Upton*, 466 F. App'x 361, 361 (5th Cir. 2012).

As to the merits, Judge Harris alternatively recommended that Ayodele's petition be denied because the relief he seeks is unavailable under § 2241. R&R [12] at 5. Ayodele has already received the maximum credit under the FSA of 365 days toward his early release to supervision; any additional credits awarded would only affect where Ayodele is placed, not the date of his release. *Id.* at 6-7; *see also Blackwell v. Warden, FCI Yazoo*, No. 3:24-CV-832-KHJ-

MTP, 2025 WL 1370821, at *1 (S.D. Miss. May 12, 2025). No objection has been filed, and the time to do so has passed. *See* R&R [12] at 8 (advising Ayodele that he had 14 days to file an objection).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note (1983), *quoted in Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc), *superseded on other grounds by* 28 U.S.C. § 636(b)(1) *as noted in Alexander v. Verizon Wireless Servs., L.L.C.*, 875 F.3d 243, 248 (5th Cir. 2017). Having reviewed the record and found no clear error, the Court accepts Judge Harris's well-reasoned recommendation.

IT IS ORDERED that the Report and Recommendation [12] of United States Magistrate Judge Andrew S. Harris is adopted as the finding and holding of this Court. Consistent with the Report and Recommendation, Ayodele's petition is dismissed without prejudice. A separate judgment will be issued as required by Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 28th day of October, 2026.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE